## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT O'HARA, ET AL** | **CIVIL DOCKET NO. 1:22-cv-02090** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ACE PROPERTY & CASUALTY INSURANCE COMPANY, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 15] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's MOTION TO REMAND [Doc. 7] be DENIED.

THUS, DONE AND SIGNED in Chambers on this 4th day of August 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE